UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 24 2010

Clerk, U.S. District and
Bankruptcy Courts

ANTONIO COLBERT,                )
                                )
          Plaintiff,            )
                                )
     v.                         )     Civil Action No.
                                )
R STREET STORAGE,               )          10-1623
                                )
          Defendant.            )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

According to plaintiff, staff at R Street Storage have harassed, insulted and discriminated against him, and after cancellation of his lease, assassinated plaintiff's character, apparently by producing photographs of plaintiff resting in his storage unit. He demands damages of $50,000.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). Plaintiff neither establishes federal question jurisdiction by stating a claim under the Constitution, laws or treaties of the United States, nor establishes that diversity jurisdiction by alleging the parties' citizenship in different states where the amount in controversy exceeds $75,000.

1

The Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

United States District Judge

Date: August 31, 2010